UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
ANN MARIE SCHIFF,

                                      Plaintiff,

        -against-

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,
                                      Defendant.
----------------------------------------------------------------------X

For Online Publication Only

**ORDER**
19-CV-2780 (JMA)

FILED
CLERK
1:12 pm, Dec 02, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**AZRACK, United States District Judge:**

The Court, having read the motion, supporting memorandum, and declaration of David F. Chermol, attorney for Plaintiff in the above entitled case, requesting an award of attorney's fees in accordance with 42 U.S.C. § 406(b), and upon all the supporting documents annexed thereto, (ECF No. 17), together with the response to the motion filed by Defendant, (ECF No. 18),

**IT IS ORDERED** that attorney's fees be granted in the amount of $16,184.88 which represents 25% of the past due benefits awarded to Plaintiff, and that upon payment of the 406(b) fees, Mr. Chermol shall refund the Equal Access to Justice Act fees, in the amount of $6,150.00 to Plaintiff directly.

**SO ORDERED.**

Dated: December 2, 2021
Central Islip, New York

                                                      /s/   (JMA)
                                                  JOAN M. AZRACK
                                                  UNITED STATES DISTRICT JUDGE